UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTORIA INSURANCE COMPANY,

    Plaintiff,

vs.                                                              Case No.  3:07-cv-1048-J-12MCR

CHERYL MONTANA, d/b/a LADY BUG,
GLOBAL YACHT HAULING, INC., and
NORTHLAND INSURANCE COMPANY,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Extension of Time to Obtain Service (Doc. 9) filed March 12, 2008.  On November 11, 2007, Plaintiff filed her Complaint for Declaratory Relief in this Court.  (Doc. 1).  On November 13, 2007, this Court issued a summons for Cheryl Montana.   Plaintiff has made attempts to serve Cheryl Montana at two different addresses in St. Augustine, Florida, but has been unable to locate and obtain personal service on her.

    Rule 4(m) of the Federal Rules of Civil Procedure states in relevant part that "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint . . . [and,] if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period."  In this case, the Court finds Plaintiff has demonstrated good cause sufficient to warrant an extension of time.  See Zachery v. Thigpen, 895 F. Supp. 1472, 1474 (M.D. Ala.1995) (citations

omitted) (noting, "courts have found that factors outside a plaintiff's control, such as sudden illness, natural catastrophe or evasion of service of process," satisfy the "good cause" requirement of Rule 4(m)). Thus, the Court will grant Plaintiff an extension of time until **April 28, 2008** in which to perfect service upon Defendant Cheryl Montana.

Accordingly, having reviewed this matter, and for good cause shown, it is hereby

**ORDERED**:

1. Plaintiff's Motion for Extension of Time to Obtain Service (Doc. 9) is **GRANTED**.

2. Plaintiff shall have an extension of time until **April 28, 2008** in which to perfect service of process upon Defendant Cheryl Montana.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  13th  day of March, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record